UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 6/21/2023
```

------------------------------------------------------------------ X
                :

LOUIS ZHAO, *individually and on behalf of all others similarly* :
*situated*,                :

                :

           Plaintiff,   :         1:23-cv-3346-GHW

                :

      -against-       :          <u>ORDER</u>

                :

EQONEX LIMITED, et al.,      :

                :

           Defendants.  :

                :

------------------------------------------------------------------ X

GREGORY H. WOODS, District Judge:

On June 20, 2023, a member of the putative class filed a motion to serve as lead plaintiff and to appoint lead counsel. Dkt. No. 20. Any opposition to the motion for the appointment of lead plaintiff and the appointment of lead counsel is due no later than July 12, 2023. Any reply is due no later than July 26, 2023. Counsel for the named plaintiff is directed to serve a copy of this order on each of the defendants.

SO ORDERED.

Dated:  June 21, 2023
New York, New York

_____
GREGORY H. WOODS
United States District Judge