```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 8/7/2023
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------- X
:
LOUIS ZHAO, *individually and on behalf of all others* :
*similarly situated*, :
:
: 1:23-cv-3346-GHW
Plaintiff, :
: ORDER
:
-v - :
:
EQONEX LIMITED, *et al.*, :
:
Defendants. :
:
-------------------------------------------------------------- X

GREGORY H. WOODS, United States District Judge:

In the order scheduling the initial pretrial conference in this matter, the parties were directed to submit a joint letter via ECF and to email a joint proposed Case Management Plan and Scheduling Order to Chambers by no later than August 3, 2023. Dkt. No. 3. The Court has not received the parties' submissions. The parties are directed to submit their joint letter via ECF and to email their joint proposed Case Management Plan to Chambers forthwith, and in no event later than August 8, 2023. Plaintiff is directed to serve a copy of this order on all defendants in this action and to retain proof of service.

SO ORDERED.

Dated: August 7, 2023

_____
GREGORY H. WOODS
United States District Judge