```
                                                    USDC SDNY
                                                    DOCUMENT
                                                    ELECTRONICALLY FILED
UNITED STATES DISTRICT COURT                        DOC #: _____
SOUTHERN DISTRICT OF NEW YORK                       DATE FILED: 10/2/2023
----------------------------------------------------------------- X
                                                  :
BIN LI, *individually and on behalf of all others similarly*  :
*situated*,                                       :
                                                  :
                                                  :                1:23-cv-03346-GHW
                                      Plaintiff,  :
                                                  :                ORDER
                  - v -                           :
                                                  :
EQONEX LIMITED, BINANCE GROUP,                    :
BIFINITY UAB, JONATHAN FARNELL,                   :
DANIEL LING, ALMIRA CEMMELL, YU                   :
HELEN HAI, *and* ZHAO CHANGPENG,                  :
                                                  :
                                     Defendants.  :
                                                  :
----------------------------------------------------------------- X
```

GREGORY H. WOODS, United States District Judge:

The Clerk of Court and the parties are directed to amend the caption of this case to conform

with the caption of this order in future filings.  The Court notes that the Amended Complaint, Dkt.

No. 37, names Kreig Kinnaman and Jaime Chaves as "named plaintiffs."  Neither of those

individuals was authorized by the Court to take on any representative or leadership role in this

action; their inclusion in the complaint by Lead Plaintiff's counsel as "named plaintiffs" gives them

no such role.

SO ORDERED.

Dated: October 2, 2023
       New York, New York

_____
GREGORY H. WOODS
United States District Judge