UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

|  |  |
|---|---|
| BIN LI, Individually and On Behalf of All Others Similarly Situated, <br><br>*Plaintiff*, <br><br>v. <br><br>EQONEX LIMITED, BINANCE GROUP, BIFINITY UAB, JONATHAN FARNELL, DANIEL LING, ALMIRA CEMMELL, YU HELEN HAI, and ZHAO CHANGPENG, <br><br>*Defendants*. | No. 23 Civ. 03346 (GHW) |

## DECLARATION OF VICTORIA H. YUHAS

I, Victoria H. Yuhas, at 32 Old Slip, New York, NY 10005, state:

1. I am an associate at Cahill Gordon & Reindel LLP, attorneys for Defendants Binance Group,[1] Bifinity UAB, Jonathan Farnell, Daniel Ling, Almira Cemmell, Yu Helen Hai, and Changpeng Zhao (collectively, the "Defendants") in the above-captioned action, and am authorized to practice law in this Court. I submit this declaration in support of the Defendants' January 12, 2024 motion to dismiss the Complaint.[2]

2. Attached hereto as **Exhibit 1** is a true and correct copy of the Convertible Loan Agreement between Eqonex and Bifinity filed with the SEC on April 29, 2022 and available[3] on the SEC's online filing system, EDGAR ("EDGAR").

---

[1] Defendants expressly deny the existence of an entity known as "Binance Group."

[2] Capitalized terms used herein have the meaning assigned to them in the Defendants' January 12, 2024 memorandum of law filed herewith or, if not defined therein, in the Amended Class Action Complaint (ECF No. 39).

[3] Please note that words in this Declaration that appear in blue, underlined font are hyperlinks to the relevant SEC filings on EDGAR.

3.  Attached hereto as **<u>Exhibit 2</u>** are excerpts from a true and correct copy of Eqonex's January Prospectus filed with the SEC on January 31, 2022 and <u>available</u> on EDGAR.

4.  Attached hereto as **<u>Exhibit 3</u>** are excerpts from a true and correct copy of Eqonex's 2022 Annual Report filed with the SEC on August 15, 2022 and <u>available</u> on EDGAR.

5.  Attached hereto as **<u>Exhibit 4</u>** are excerpts from a true and correct copy of Eqonex's Beneficial Ownership Report filed with the SEC on April 29, 2022 and <u>available</u> on EDGAR.

6.  Attached hereto as **<u>Exhibit 5</u>** are excerpts from a true and correct copy of Eqonex's Amendment No. 6 to Form F-1 Registration Statement filed with the SEC on May 2, 2022 and <u>available</u> on EDGAR.

7.  Attached hereto as **<u>Exhibit 6</u>** is a true and correct copy of Eqonex's March 7, 2022 press release filed with the SEC on the same day and <u>available</u> on EDGAR.

8.  Attached hereto as **<u>Exhibit 7</u>** is a true and correct copy of Eqonex's March 17, 2022 press release filed with the SEC on the same day and <u>available</u> on EDGAR.

I declare under penalty of perjury that the foregoing is true and correct.  Executed on this 12th day of January 2024.

*/s Victoria H. Yuhas*
Victoria H. Yuhas
