# Exhibit 3

# UNITED STATES
# SECURITIES AND EXCHANGE COMMISSION
### WASHINGTON, D.C. 20549

# FORM 20-F

**(Mark One)**

☐ **REGISTRATION STATEMENT PURSUANT TO SECTION 12(b) OR (g) OF THE SECURITIES EXCHANGE ACT OF 1934**

**OR**

☒ **ANNUAL REPORT PURSUANT TO SECTION 13 OR 15(d) OF THE SECURITIES EXCHANGE ACT OF 1934**

**For the fiscal year ended March 31, 2022**

**OR**

☐ **TRANSITION REPORT PURSUANT TO SECTION 13 OR 15(d) OF THE SECURITIES EXCHANGE ACT OF 1934**

**For the transition period from _____ to _____**

**OR**

☐ **SHELL COMPANY REPORT PURSUANT TO SECTION 13 OR 15(d) OF THE SECURITIES EXCHANGE ACT OF 1934**

**Date of event requiring this shell company report _____**

Commission file number: 001-39600

# EQONEX LIMITED
(Exact name of Registrant as specified in its charter)

**Not Applicable**
(Translation of Registrant's Name Into English)

**Singapore**
(Jurisdiction of incorporation or organization)

**118 Piccadilly**
**Mayfair, London W1J 7NW**
**United Kingdom**
(Address of principal executive offices)

**Jonathan Farnell**

**Chief Executive Officer**
**118 Piccadilly**
**Mayfair, London W1J 7NW**
**United Kingdom**

**Telephone: +44 (0) 2034 050440**
**Email: ir@eqonex.com**

**(Name, Telephone, E-mail and/or Facsimile number and Address of Company Contact Person)**

Securities registered or to be registered pursuant to Section 12(b) of the Act:

| Title of each class | Trading Symbol(s) | Name of each exchange on which registered |
|---|---|---|
| Ordinary Shares | EQOS | The Nasdaq Stock Market LLC |

***Our new strategic direction may not be successful, which may adversely affect our results of operations and cause our share price to decline.***

On August 15, 2022, we announced plans to undertake a transformative restructure in which we would cease operations in our Exchange business line and associated risk liquidation management desk in order to focus on our Custody, Asset Management, and Brokerage business lines. The exchange accounted for 79.9% of our revenues in the financial year ending March 31, 2022.

The changes and potential changes to our operations as a result of the new strategic direction, may introduce uncertainty regarding our prospects and may result in disruption of our business. The loss of a material component of our revenues could have a material adverse impact on our operations if adequate funding or revenue is not obtained. As a result of these or other similar risks, our business, results of operations and financial condition may be adversely affected.

***Our strategic transaction with Bifinity may not achieve the anticipated benefits and we may not complete discussions to explore potential merger opportunities.***

On March 7, 2022, we announced a strategic partnership with Bifinity, a payments technology company that is part of the wider Binance Group and the official fiat-to-crypto payments provider for Binance. The strategic partnership will initially focus on leveraging Digivault as an FCA regulated custodian and expanding Bifinity's geographical footprint through our licensing framework. Both parties will also explore opportunities to grow Eqonex's digital asset management solutions business. Both companies will continue to engage in non-binding discussions to explore potential merger opportunities, subject to regulatory approval.

Eqonex may not achieve any benefits from its strategic partnership with Bifinity. While the parties are having ongoing discussions on these fronts, it is possible that they may not ultimately achieve any sustainable commercial benefits for Eqonex. Furthermore, Eqonex and Bifinity may not ultimately enter into a merger transaction in the event that regulatory approvals are not obtained in a timely manner, and/or if the commercial benefits to both parties from such a merger transaction are no longer compelling. The strategic partnership and merger discussions could be terminated at any time by either party. Furthermore, even if such merger or other transaction were to occur, there is no certainty that such transaction would be beneficial to Eqonex.

***Bifinity may not convert its loan to equity and as a result Eqonex may be forced to repay $36 million, which would have an adverse impact on the Company's operations and financial position.***

Under the terms of the strategic partnership, Bifinity would advance a $36 million convertible loan over a series of drawdowns.

Bifinity is under no obligation to exercise such conversion and Eqonex may have to repay the $36 million loan, with interest. Repayment of the loan would force Eqonex to seek additional funding for the repayment of the loan and continued operations. Eqonex may be forced to obtain funding on unfavorable terms, and may not be able to find funding at all. Should Eqonex be unable to repay the loan, or otherwise find funding, our business, results of operations and financial condition may be adversely affected.