```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 10/22/2024
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
----------------------------------------------------------------- X
:
BIN LI, *individually and on behalf of all others similarly* :
*situated*, :
: 1:23-cv-03346-GHW
:
Plaintiff, :
: ORDER
-v - :
:
EQONEX LIMITED, BINANCE GROUP, :
BIFINITY UAB, JONATHAN FARNELL, :
DANIEL LING, ALMIRA CEMMELL, YU :
HELEN HAI, ZHAO CHANGPENG, :
:
Defendants. :
:
----------------------------------------------------------------- X

GREGORY H. WOODS, United States District Judge:

On September 18, 2024, the Court granted Defendants' motion to dismiss and granted Plaintiffs leave to file a second amended complaint solely to cure the deficiencies identified in the opinion no later than 30 days from the date of the order. Dkt. No. 52. On October 21, 2024, Plaintiffs informed the Court that Plaintiffs do not intend to file a Second Amended Complaint. Therefore, Plaintiffs' claims are dismissed with prejudice. The Clerk of Court is directed to enter judgment for Defendants, to terminate all pending motions, and to close this case.

SO ORDERED.

Dated: October 22, 2024

                                                                                                                        _____
                                                                                                                        GREGORY H. WOODS
                                                                                                   United States District Judge