**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
-----------------------------------------------------------------X
BIN LI, individually and on behalf of all others similarly situated,

                Plaintiff,

-against-                          23 **CIVIL** 3346 (GHW)

**JUDGMENT**

EQONEX LIMITED, BINANCE GROUP, BIFINITY UAB, JONATHAN FARNELL, DANIEL LING, ALMIRA CEMMELL, YU HELEN HAI, ZHAO CHANGPENG,

                Defendants.
-----------------------------------------------------------------X

It is hereby **ORDERED, ADJUDGED AND DECREED:** That for the reasons stated in the Court's Order dated October 22, 2024, Plaintiffs' claims are dismissed with prejudice. Judgement is hereby entered in favor of the Defendants and the case is closed.

**Dated:** New York, New York

      October 22, 2024

                                            **DANIEL ORTIZ**
                                            **Acting Clerk of Court**

                  **BY:**

                                            **Deputy Clerk**